**7**

Carl MERCHANT, alias E. E. Johnson, v. STATE. (No. 11205.) Court of Criminal Appeals of Texas. Nov. 30, 1927. Appeal from District Court, Bell County; Lewis H. Jones,

Judge. J. W. Thomas, of Belton, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years. The indictment appears regular. The record is before us without bills of exceptions or statement of facts. No fundamental error has been perceived or pointed out. The judgment is affirmed.